IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 05-cr-00248-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATTHEW LOOPER,

    Defendant.

---

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

**Blackburn, J.**

The matter before me is defendant's pro se motion (in correspondence form) for early termination of supervised release [#35] filed November 30, 2007. I deny the motion.

A motion for early release is tantamount to a motion seeking modification of conditions of supervised release. As such, the motion is governed by **18 U.S.C. § 3583(e)(1)**, which provides,

> (e) Modification of conditions or revocation.--The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) --
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

In turn, under the Federal Rules of Criminal Procedure, modification of probation

is governed by Rule 32.1, which provides,

> (c) Modification.
>
> (1) In General. Before modifying the conditions of probation or supervised release, the court must hold a hearing, at which the person has the right to counsel.
> (2) Exceptions. A hearing is not required if:
> (A) the person waives the hearing; or
> (B) the relief sought is favorable to the person and does not extend the term of probation or of supervised release; and
> (C) an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so.

The probation department objects cogently to early termination. *See* Report on Offender under Supervision dated December 11, 2007. The government objects to early termination. *See* Government's Response [#38] filed December 12, 2007.

After considering carefully 1) the motion; 2) the report; 3) the response; and 4) the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), I find and conclude that early termination is not warranted by the conduct of the defendant and is not in the interest of justice.

**THEREFORE, IT IS ORDERED** that the defendant's pro se motion (in correspondence form) for early termination of supervised release [#35] filed November 30, 2007, **IS DENIED**.

Dated December 13, 2007, at Denver, Colorado.

          **BY THE COURT:**

          **s/ Robert E. Blackburn**
          **Robert E. Blackburn**
          **United States District Judge**